No. 74–1434. YELLOW FREIGHT SYSTEM, INC. *v.* BUT-LER; and

No. 75–41. LOCAL UNION 823, INTERNATIONAL BROTH-ERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN & HELPERS OF AMERICA *v.* BUTLER. C. A. 8th Cir. Certio-rari denied. Reported below: 514 F. 2d 442.

No. 74–1511. GROSS *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. 

No. 74–1629. KARRIGAN ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 74–1648. THOMPSON *v.* MISSISSIPPI. Sup. Ct. Miss. Certiorari denied. 

No. 74–6502. WATKINS *v.* ESTELLE, CORRECTIONS DI-RECTOR. C. A. 5th Cir. Certiorari denied.

No. 74–6551. NORMAN *v.* CLANON, MEDICAL FACILITY SUPERINTENDENT. Sup. Ct. Cal. Certiorari denied.

No. 74–6611. GAMBLE *v.* ALABAMA. C. A. 5th Cir. Certiorari denied. 

No. 74–6622. SELLARS *v.* MCCARTHY, MEN'S COLONY SUPERINTENDENT. C. A. 9th Cir. Certiorari denied.

No. 74–6624. RUSS *v.* FLORIDA. Sup. Ct. Fla. Cer-tiorari denied. 

No. 74–6670. JOHNSON *v.* RESHETYLO, HOSPITAL SU-PERINTENDENT. C. A. 6th Cir. Certiorari denied. 

No. 74–6692. RHEUARK *v.* JONES, SHERIFF. C. A. 5th Cir. Certiorari denied.